# EXHIBIT 2





















Case 1:12-cv-07987-PAC  Document 10-2  Filed 02/28/13  Page 11 of 13



